IN THE SUPREME COURT OF TEXAS

 No. 04-0270

 IN RE U.S. SILICA COMPANY AND AMFELS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for stay of underlying proceedings,
filed March 23, 2004, is granted. All underlying proceeding in the trial,
in Cause No. 2003-05-2771-C, styled , in the 197th District Court of
Cameron County, Texas, is stayed pending further order of this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 12:00 p.m., April 19,
2004.

 Done at the City of Austin, this April 07, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk